**Order filed January 10, 2023**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00850-CV
_____

**BASMATTIE LISA ABRAHAM, Appellant**

**V.**

**BIBI SHAFIEK, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-251899**

## O R D E R

The notice of appeal in this case was filed November 16, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5.

Accordingly, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within ten (10) days of the date of this order. If

appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Justices Wise, Jewell and Poissant.